Certificate Number: 05781-MIE-DE-041659973

Bankruptcy Case Number: 26-31811

05781-MIE-DE-041659973

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 9, 2026, at 11:10 o'clock PM PST, Tiffany Turk completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: November 9, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President